LAMPHERE v. WOODIN et al. (Supreme Court, Appellate Division, Fourth Department. December 5, 1913.) Action by Loren J. Lamphere, as committee, etc., against Glenn W. Woodin, as ancillary administrator, etc., and Clara Quirk. No opinion. Motion to dismiss appeals denied. Order modified, by striking out the provision requiring the defendant Clara Quirk to give security for costs, and, as so

modified, affirmed, without costs of this appeal to any party.